UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 16281
  LALTA PERSAUD NANKISHORE
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-7519
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/06/07 and confirmed on 11/20/07.

2. The case was converted to Chapter 7 after confirmation, 09/30/2008.

3. The Debtor paid a total of $  6705.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 5325.45 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 217.98 | .00 | 217.98 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 16492.88 | 977.03 | 2440.41 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 9142.32 | 541.37 | 1356.38 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 32.50 | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3048.38 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 11472.93 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 2722.51 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2029.62 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1097.44 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 199.05 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NEW YORK CITY DEPT. OF F | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 524.92 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2770.72 | .00 | .00 |
| RETAIL SERVICES/HRS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 712.47 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      31178.63            .00       24610.54            .00      55789.17
PRINCIPAL PAID           4014.77            .00            .00            .00       4014.77
INTEREST PAID            1518.40            .00            .00            .00       1518.40
TOTAL PAID               5533.17            .00            .00            .00       5533.17
```
The Debtor's attorney, KONSTANTINE T SPARAGIS           , was allowed $   3500.00
and was paid $     801.00   direct and $     814.53   through the plan.

The Trustee received $     357.30 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                                PAGE   2
            CASE NO. 07 B 16281 LALTA PERSAUD NANKISHORE